**Exhibit A**



5 LOVE LANGUAGES   |   QUIZZES   |   RESOURCES   |   EVENTS



# 101 Conversation Starters

**For Families –** By Dr. Gary Chapman and Dr. Ramon Pres...

One of the signs of a healthy family is open and meaningful c...
easy to get your kids talking. *101 Conversation Starters for Fam...*
begin, providing just the right blend of fun and thought-prov...

Authors Gary Chapman and Ramon Presson have created this...
tabletop format. Whether you do one question a week or five...
experience a new level of closeness. *101 Conversation Starter...*
companion to bestselling books, *The 5 Love Languages of Ch...*
*Languages of Teenagers.*

## CHILDREN

When a child feels loved, they can conquer any challenge. As parents,
*The 5 Love Languages of Children®* will equip you to build a foundation
of unconditional love that sets your child up for success.

## TEENS

As a parent, you want to help your teenager navigate a world full of
new social and mental pressures. Learn to connect in meaningful
ways with *The 5 Love Languages® of Teenagers.*



**For Teens**

A TEENS GUIDE TO THE 5 LOVE LANGUAGES®
HOW TO UNDERSTAND YOURSELF AND IMPROVE ALL YOUR RELATIONSHIPS



**For Kids**

A PERFECT PET FOR PEYTON
The 5 Love Languages® Discovery Book



**Exhibit B**



5 LOVE LANGUAGES | QUIZZES | RESOURCES | EVENTS | PODCASTS | SUBSCRIBE

LEARN YOUR LOVE LANGUAGE



## PODCASTS

Subscribe to your favorite podcast with
Dr. Gary Chapman today.

In partnership with
MOODY Radio





WITH DR. GARY CHAPMAN



*Building Relationships with Dr. Gary Chapman* is a weekly 54-minute radio program offering life-changing insight and realistic advice for strengthening relationships.

 Latest Episode: Screen Kids - Arlene Pellicane

Saturday, November 7

## Exhibit C



It's the support your relationship deserves.

A playful, engaging tool that helps couples experience love more deeply

Love Nudge™ will help you put the concepts of The 5 Love Languages® into action in ways that are easy, obvious, and satisfying.

**1** Learn your Love Language
Take the official 5 Love Languages® quiz to discover your preferred Love Language.

**2** Connect with your partner
Use the app individually or invite your partner to download, take the quiz, and link profiles.

<u>**Exhibit D**</u>

**App Store** Preview

Open the Mac App Store to buy and download apps.



### Love Nudge  9+
Official 5 Love Languages® App
Moody Publishers Limited

★★★★★ 4.6 • 9.4K Ratings

Free

**iPhone Screenshots**









**Exhibit E**



**Google Play**

Search

Apps

My apps
Shop
Games
Kids
Editors' Choice

Categories ⌄    Home    Top charts    New releases

Account
Payment methods
Play Points    New
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

## Love Nudge

**Moody Publishers**    **Lifestyle**

★★★★☆ 7,419

Everyone

⚠ You don't have any devices.

Add to Wishlist

Install

Your Personal Assistant for Relationships

Between busy schedules and long days, expressing love can sometimes fall by the wayside. We forget to give gifts "just because," offer compliments, or linger in our embraces. The things that say "I love you" seem to either not get said or not get through. As a result, our relationships can easily erode and the spark can fade.

**Exhibit F**

# United States of America

## United States Patent and Trademark Office

THE FIVE LOVE LANGUAGES

**Reg. No. 3,810,681**

**Registered June 29, 2010**

**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

MOODY BIBLE INSTITUTE (ILLINOIS CORPORATION)
820 NORTH LASALLE BOULEVARD
CHICAGO, IL 60610

FOR: SERIES OF PUBLICATIONS, NAMELY, BOOKS, PAMPHLETS, BROCHURES AND PRINTED MATERIALS RELATED TO PERSONAL SKILLS AND RELATIONSHIPS , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1992; IN COMMERCE 0-0-1992.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-870,622, FILED 11-11-2009.

ADA HAN, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

**Exhibit G**



# United States of America

## United States Patent and Trademark Office

# THE 5 LOVE LANGUAGES

**Reg. No. 4,636,739**

**Registered Nov. 11, 2014**

**Int. Cls.: 9, 16, 41 and 45**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

THE MOODY BIBLE INSTITUTE OF CHICAGO (ILLINOIS CORPORATION)
820 NORTH LASALLE BLVD.
CHICAGO, IL 60610

FOR: ELECTRONIC PUBLICATIONS, NAMELY, DOWNLOADABLE E-BOOKS IN THE FIELD OF PERSONAL SKILLS AND RELATIONSHIPS; DOWNLOADABLE SOFTWARE IN THE NATURE OF A MOBILE APPLICATION REGARDING PERSONAL SKILLS AND RELATIONSHIPS; AUDIO AND VIDEO RECORDINGS FEATURING INFORMATION AND ADVICE ABOUT PERSONAL SKILLS AND RELATIONSHIPS; AUDIO BOOKS IN THE FIELD OF PERSONAL SKILLS AND RELATIONSHIPS; PRE-RECORDED DVDS FEATURING INFORMATION AND ADVICE ABOUT PERSONAL SKILLS AND RELATIONSHIPS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-2010; IN COMMERCE 0-0-2010.

FOR: SERIES OF PUBLICATIONS, NAMELY, BOOKS, PAMPHLETS, BROCHURES RELATED TO PERSONAL SKILLS AND RELATIONSHIPS; PRINTED MATERIALS, NAMELY, CALENDARS AND GREETING CARDS CONTAINING THEMES RELATED TO PERSONAL SKILLS AND RELATIONSHIPS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-2010; IN COMMERCE 0-0-2010.

FOR: PROVIDING A WEBSITE FEATURING BLOGS AND NON-DOWNLOADABLE PUBLICATIONS IN THE NATURE OF ARTICLES AND STUDY GUIDES IN THE FIELDS OF PERSONAL SKILLS AND RELATIONSHIPS; PROVIDING A WEBSITE FEATURING NON-DOWNLOADABLE VIDEOS AND AUDIO RECORDINGS CONCERNING INFORMATION AND ADVICE ABOUT PERSONAL SKILLS AND; EDUCATIONAL SERVICES, NAMELY, CONDUCTING CONFERENCES, SEMINARS, WEBINARS IN THE FIELD OF PERSONAL SKILLS AND RELATIONSHIPS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-2010; IN COMMERCE 0-0-2010.



Michelle K. Lee
Deputy Director of the United States
Patent and Trademark Office

FOR: PROVIDING A WEBSITE FEATURING INFORMATION AND ADVICE ABOUT PERSONAL SKILLS AND RELATIONSHIPS, NOT FOR ENTERTAINMENT PURPOSES , IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 0-0-2010; IN COMMERCE 0-0-2010.

**Exhibit I**



**Exhibit J**



CYBER MONDAY SALE • **50% OFF EVERY BOOK** • ONLY NOVEMBER 30TH

**FREE SHIPPING within USA when you buy $30 or more pre-tax.***



## FORMAT

**Product Format & Features**

- ☐ Paperback
- ☐ Hardcover
- ☐ Audio CD
- ☐ eBook
- ☐ Leather/Fine Binding
- ☐ eBook Set
- ☐ Set
- ☐ Video DVD

LOVE LANGUAGES

ENTIRE SITE · PRODUCTS · AUTHORS

SORT BY

1 2 3 4 5

### THE 5 LOVE LANGUAGES
Gary Chapman
Paperback
**$11.19**
You save: $4.80 (30%)
Other Formats: **Hardcover, Audio CD, eBook**

### WHAT ARE THE 5 LOVE LANGUAGES?
Gary Chapman
eBook
**$3.99**
You save: $1.00 (20%)



### THE 5 LOVE LANGUAGES SINGLES EDITION
Gary Chapman
Paperback
**$11.19**



### THE FIVE LOVE LANGUAGES - INSPIRATIONAL ADULT COLORING BOOK
Gary Chapman
Paperback
**$11.99**
You save: $3.00 (20%)



### THE 5 LOVE LANGUAGES OF CHILDREN
Gary Chapman & Ross Campbell
Paperback
**$11.19**
You save: $4.80 (30%)
Other Formats: **Audio CD, eBook**



### THE 5 LOVE LANGUAGES MILITARY EDITION
Gary Chapman & Jocelyn Green
Paperback
**$11.19**
You save: $2.80 (20%)
Other Formats: **eBook**



### THE 5 LOVE LANGUAGES OF TEENAGERS
Gary Chapman
Paperback
**$11.19**
You save: $4.80 (30%)
Other Formats: **eBook**



### THE 5 LOVE LANGUAGES FOR MEN
Gary Chapman & Randy Southern

**Exhibit L**



**THE LOVE LANGUAGES DEVOTIONAL BIBLE, HARDCOVER EDITION**
**Gary Chapman**
Hardcover
**$13.20**
You save: $19.79 (60%)
Other Formats: **Leather/Fine Binding**



**A TEEN'S GUIDE TO THE 5 LOVE LANGUAGES**
**Paige Haley Drygas & Gary Chapman**
Paperback
**$11.19**
You save: $2.80 (20%)
Other Formats: **eBook**



**DISCOVERING THE 5 LOVE LANGUAGES AT SCHOOL (GRADES 1-6)**
**Gary Chapman & DM Freed**
Paperback
**$23.99**
You save: $6.00 (20%)



**THE 5 LANGUAGES OF APPRECIATION IN THE WORKPLACE**
**Gary Chapman & Paul White**
Paperback
**$13.59**
You save: $3.40 (20%)
Other Formats: **eBook**

**Exhibit M**



## GOD SPEAKS YOUR LOVE LANGUAGE
**Gary Chapman**
Paperback
**$11.19**
You save: $4.80 (30%)
Other Formats: **eBook**



## MEN WHO LOVE FIERCE WOMEN
**Kimberly Wagner & LeRoy Wagner**
Paperback
**$11.99**
You save: $3.00 (20%)
Other Formats: **eBook**



## GOD SPEAKS YOUR LOVE LANGUAGE AND FIVE LOVE LANGUAGES DEVOTIONAL BIBLE
**Gary Chapman**
Set
**$39.18**
You save: $9.80 (20%)



## 5 LOVE LANGUAGES, 5 LOVE LANGUAGES FOR MEN, 5 LOVE LANGUAGES OF TEENAGERS, 5LL OF CHILDREN SET
**Gary Chapman & Ross Campbell & Randy Southern**
eBook Set
**$28.79**
You save: $7.20 (20%)

# Exhibit N







# Love Language

| | |
|---|---|
| **Word Mark** | LOVE LANGUAGE |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: Playing cards; Board games. FIRST USE: 20190628. FIRST USE IN COMMERCE: 20190628 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 88840395 |
| **Filing Date** | March 19, 2020 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 14, 2020 |
| **Owner** | (APPLICANT) **Fluytco** Inc. CORPORATION CANADA 117 Corrstate Ave, UNIT 1 Concord, Ontario CANADA L4K4Y2 |
| **Attorney of Record** | Ron M. Kleiner |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

**Exhibit R**



**Exhibit S**



amazon

Hello
Select your address

All ▾  love language

Hello, Sign in
Account & Lists ▾

Returns
& Orders

0
Cart

☰ All   Holiday Deals   Gift Cards   Best Sellers   Prime ▾   Customer Service   Find a Gift   New Releases   Whole Foods   AmazonBasics   Free Shipping   Sell   Registry   Coupons   **Shop deals before they're gone**

Toys & Games   Kids Gift Guide   Shop Toys by Age ▾   Shop Top Toys ▾   Shop by Category ▾   Shop by Brand ▾   Shop by Character ▾   Save on Toys

audible plus   Only $4.95 a month for the first 6 months ›   audible

‹ Back to results

### Love Language: Card Game - 150 Conversation Starter Questions for Couples - to Explore & Deepen Connections with Your Partner - Date Night & Relationship Cards

Brand: FLUYTCO

★★★★½  ▾  |  1,999 ratings  |  3 answered questions

**Amazon's Choice** for "couples games"

Price: **$24.95** FREE Shipping for orders over $25.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime & FREE Returns

Returnable until Jan 31, 2021 ▾

- HUMAN CONNECTION IN THE DIGITAL AGE: Whether you just started dating or have been married for 20 years, The Love Language has been designed to bring you and your significant other closer than ever. How? By asking the right questions. It's never too soon or too late to start talking to each other!
- MULTIPLE CARD, MULTIPLE TOPICS (150 CARDS!): Our cards are divided into 5 categories to make sure every topic of life is covered: Family, Intimacy, Couple, Individual, and Past & Future. You can either focus on one category you want to deepen with your partner, or mix them all.
- INSPIRED BY COUPLES PSYCHOLOGISTS: Intimacy between two strangers can be accelerated by having them ask each other a specific series of personal questions. Our questions are specifically designed to create powerful and fun conversations with the people you love. Pick a card, read the question and start (re)discovering your significant other!
- PERFECT GIFT IDEA: Perfect for your own enjoyment, or as a thoughtful gift for multiple occasions – newlyweds or engaged couples, anniversaries, bridal showers, Valentine's Day, etc. Also great for marriage counseling or therapy.
- QUALITY MADE TO LAST: Our cards are designed to be played over and over with our durable, high-quality paper and lamination they stand the test of time.

Roll over image to zoom in

**$24.95**

FREE Shipping ▾ on orders over $25.00 shipped by Amazon or get **Fast, Free Shipping** with Amazon Prime & FREE Returns ▾

Arrives: **Wednesday, Nov 18**
Details

Fastest delivery: **Tomorrow**
Order within 9 hrs and 58 mins
Details

**In Stock.**

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from   Amazon
Sold by      Fluytco

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving

# Exhibit T

## WHAT OUR CUSTOMERS SAY

★ ★ ★ ★ ★  Based on 168 Reviews

★ ★ ★ ★ ★

**Great for honest conversation!**

Me and my boyfriend have been together for 2 months and literally have felt like we knew each other since the day we met. I wanted to find some more ways to get to know him better as I've asked every question i could possible think of lol. I didn't look at a single card before we played and it really helped further strengthen our relationship. The different categories make sure you leave no part of your significant others life unturned! I highly recommend!  read more

Braxton 🛡 Verified Buyer

★ ★ ★ ★ ★

**A must buy!**

my husband and I read The 5 Love Languages and LOVED it. It really helped us to identify our individual love language so we could really show affection to each other in the most appropriate and fulfilling way. When I saw this game I was skeptical. I mean, how can a game really help you communicate better? But I thought I would give it a shot.  read more

Rhiannon 🛡 Verified Buyer

★ ★ ★ ★ ★

**Great anniversary gift**

Gave this as an anniversary gift and I was surprised by how much my spouse loved it. We've gone through the deck twice in a month and we'll probably do it again in a couple months since the questions are still fresh in our minds. Great tool to get us talking about important things!  read more

Jlex 🛡 Verified Buyer

★ ★ ★ ★ ★

**Relationship Icebreaker**

The cards provided stimulating conversation that went deeper than normal. These would be great before marriage or just getting to know someone. The discussions showed us our different thoughts and view points but we were able to talk and discuss why we answered the way we did. We continue to fall in love!!  read more

Tanisha Michelle Wright 🛡 Verified Buyer

# Exhibit U



**Aballman17**

★★★★★ **Great conversation starters**

Reviewed in the United States on September 30, 2020

**Verified Purchase**

Purchased these on a bloggers recommendation. I am normally very hesitant to do that because I realize a lot of their recommendations are sponsored. These cards are worth the purchase. The cards are broken into several categories do you can really decide how deep you wanna dive. Perfect for any road trip.

[ Helpful ] ⌄ Comment | Report abuse

**Israel zamora**

★☆☆☆☆ **Poop, yes poop**

Reviewed in the United States on September 30, 2020

**Verified Purchase**

I bought this a month ago and the box was covered in poop. Never played the game because the smell was awful. This is a true story, I have no idea how this is possible. Wether if it was amazon or the supplier fault

[ Helpful ] ⌄ 1 comment | Report abuse

**Gill T**

★★★★★ **Great anniversary gift**

Reviewed in the United States on September 29, 2020

**Verified Purchase**

I bought these cards for my husband for our 5th anniversary. We know a lot about each other, but these cards were still very fun. My husband isn't a big talker, and this game really got him chatting. Highly recommend. This would be great to play on vacation.

It doesn't have anything to do with the 5 love languages book, so the name is misleading, but its still a great game. The card categories are: sex and intimacy, family, individual, couple, past and future.

[ Helpful ] ⌄ Comment | Report abuse

**Exhibit V**



Office Products › Office & School Supplies › Paper › Cards & Card Stock › Greeting Cards



Roll over image to zoom in

Love Language: Card Game - 150 Conversation Starter Questions for Couples - to Explore & Deepen Connections with Your Partner - Date Night & Relationship Cards

Brand: FLUYTCO

★★★★☆ ˅   1,904 ratings

| 3 answered questions

  for "love languages…

Price: $24.95 **FREE Shipping** on your first order. Details & FREE Returns







**Exhibit X**





# Exhibit Y

## Opposition

**Number:** 91264732                                    **Filing Date:** 09/11/2020
**Status:** Pending                                    **Status Date:** 09/11/2020
**General Contact Number:** 571-272-8500
**Interlocutory Attorney:** ANDREW P BAXLEY
**Paralegal Name:** VICTORIA VISTAUXX VON

**Defendant**

**Name:** Fluytco Inc.
**Correspondence:** MARIA CRIMI SPETH
JABURG & WILK PC
3200 NORTH CENTRAL AVE STE 2000
PHOENIX, AZ 85012
UNITED STATES
mcs@jaburgwilk.com, akh@jaburgwilk.com
Phone: 602-248-1089

**Serial #:** 88840395            **Application File**            **Assignment**
**Application Status:** Opposition Pending
**Mark:** LOVE LANGUAGE

**Plaintiff**

**Name:** The Moody Bible Institute of Chicago
**Correspondence:** PAUL D MCGRADY JR
TAFT STETTINIUS & HOLLISTER LLP
111 E. WACKER DR STE 2800
CHICAGO, IL 60606
UNITED STATES
MoodyIPTeam@taftlaw.com, docket@taftlaw.com, KHardy@taftlaw.com, pmcgrady@taftlaw.com
Phone: 312-836-4094

**Serial #:** 86236645            **Application File**            **Assignment**            **Registration #:** 4636739
**Application Status:** Section 8 and 15 - Accepted and Acknowledged
**Mark:** THE 5 LOVE LANGUAGES

**Serial #:** 77870622            **Application File**            **Assignment**            **Registration #:** 3810681
**Application Status:** Section 8 and 15 - Accepted and Acknowledged
**Mark:** THE FIVE LOVE LANGUAGES