# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THE MOODY BIBLE INSTITUTE OF CHICAGO,<br><br>        Plaintiff,<br><br>v.<br><br>FLUYTCO, INC.,<br><br>        Defendant. | Case No.: 1-20-cv-06800<br><br>The Honorable Jorge L. Alonso |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.17, Attorney Lamis G. Eli hereby moves the Court for leave to withdraw her appearance for Plaintiff, The Moody Bible Institute of Chicago. Attorneys of record from the firm of Taft Stettinius & Hollister LLP will continue to represent Plaintiff in this matter.

Dated: January 7, 2021

Respectfully submitted,

*/s/Lamis G. Eli*
Lamis G. Eli
Paul D. McGrady

Taft Stettinius & Hollister LLP
111 East Wacker, Suite 2800
Chicago, Illinois 60601
Tel:   (312) 527-4000
Fax:  (312) 527-4011
Email: leli@taftlaw.com
        pmcgrady@taftlaw.com


Kristin H. Hardy (*pro hac vice pending*)
Taft Stettinius & Hollister LLP
40 North Main Street, Suite 1700
Dayton, Ohio 45423
Tel:   (937) 641-2069
Fax:  (937) 228-2816
Email: khardy@taftlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2021, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Lamis G. Eli*
Lamis G. Eli

28509266.1